**Order issued April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-00672-CR
_____

## JOSEPH VANN HUTCHINSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Lang, Myers, and Brown

Based on the Court's opinion of this date, we **GRANT** the January 1, 2014 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joseph Vann Hutchinson, TDCJ No. 1859596, Formby State Jail, 998 County Road AA, Plainview, Texas, 79072.

/Ada Brown/_____
ADA BROWN
JUSTICE